IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SIGRAM SCHINDLER BETEILIGUNGSGESELLSCHAFT MBH<br>    Plaintiff,<br><br>v.<br><br>DAVID J. KAPPOS in his official capacity as Undersecretary of Commerce for Intellectual Property and Director of the United States Patent and Trakemark Office, *et al.*,<br>    Defendants. | No. 1:09cv935 |

FILED
DEC 18 2009
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ORDER

For the reasons stated in an accompanying Memorandum Opinion of December 14, 2009, and for good cause,

It is hereby **ORDERED** that plaintiff's cross-motion for summary judgment is **DENIED** and that defendants' cross-motion for summary judgment is **GRANTED**.

Accordingly, it is further **ORDERED** that plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE** and that the Clerk is **DIRECTED** to enter judgment in favor of defendants pursuant to Rule 58, Fed. R. Civ. P.

The Clerk is directed to send a copy of this Order to all counsel of record and to place the matter among the ended causes.

Alexandria, VA
December 18, 2009

/s/
T. S. Ellis, III
United States District Judge