**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| SIGRAM SCHINDLER | ) | |
| BETEILIGUNGSGESELLSCHAFT MBH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:09cv935 (TSE/IDD) |
| | ) | |
| DAVID J. KAPPOS, in his official | ) | |
| capacity as Undersecretary of | ) | |
| Commerce for Intellectual Property | ) | |
| and Director of the United States | ) | |
| Patent and Trademark Office, et al | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

Pursuant to the order of this Court entered on December 18, 2009 and in accordance with

Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendants,

David J. Kappos and the United States Patent and Trademark Office against the Plaintiff, Sigram

Schindler Beteiligugnsgesellschaft mbH.

FERNANDO GALINDO, CLERK

By:_____/s/_____

Tenesha Cheatham

Deputy Clerk

Alexandria, Virginia
December 18, 2009